UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEANTRELL S. PIERSON | CIVIL ACTION NO. 6:18-cv-0104 |
| VS. | JUDGE ROBERT G. JAMES |
| WARDEN KATHY FOTENOT | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this *habeas corpus* petition be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

Monroe, Louisiana, this 17th day of April, 2018.

*(signed)* ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE